# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD JACKSON,

      Plaintiff,

    v.

SCI HUNTINGDON PRISON
OFFICIALS, *et al.*,

      Defendants.

No. 3:18-CV-01290

(Judge Brann)

## ORDER

### NOVEMBER 25, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss the amended complaint, Doc. 48, is **GRANTED**;

2. Plaintiff's amended complaint, Doc. 45, is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's motions for a preliminary injunction, Doc. 39 and 63, are **DISMISSED WITHOUT PREJUDICE**; and

4. Plaintiff shall within thirty (30) days from the date of this Order file a second amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion.  Failure to comply will be deemed

abandonment of this action, and Plaintiff's action will be subject to dismissal with prejudice without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge