IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD JACKSON, | No. 3:18-CV-01290 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SCI HUNTINGDON PRISON OFFICIALS, *et al.*, | |
| Defendants. | |

## ORDER

### NOVEMBER 8, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for judgment on the pleadings (Doc. 92) is **GRANTED IN PART AND DENIED IN PART**.

2. Judgment on the pleadings is **GRANTED** as to Plaintiff's retaliation claim; Plaintiff's claims arising from the payment of copays; Plaintiff's claim that contraband was planted in his cell and that fraudulent disciplinary proceedings were initiated against him based on the contraband; Plaintiff's claim that the disciplinary process afforded him violated his right to due process; Plaintiff's claim that Defendants interfered with his mail; and Plaintiff's Eighth Amendment conditions of confinement claim.

3. Plaintiff's remaining claims that he was transferred to SCI-Pine Grove in retaliation for the filing of grievances and that his property was damaged during the transfer are **DISMISSED** for failure to state a claim upon which relief may be granted.

4. Plaintiff's motion to compel discovery (Doc. 88) is **DENIED AS MOOT**.

5. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge